UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANJELE AMACKER | CIVIL ACTION |
| VERSUS | NO. 25-1491 |
| NEW ORLEANS POLICE DEPARTMENT, ET AL | SECTION: "D"(4) |

## ORDER

Considering the application and affidavit to proceed **in forma pauperis**,

IT IS ORDERED that:

- [x] the motion is GRANTED; the party is entitled to proceed **in forma pauperis**.

- [x] the Clerk is directed to withhold issuance of summons until further order of the Court.

- [ ] the motion is MOOT; the party was previously granted pauper status.

- [ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

- [ ] the motion is DENIED as MOOT; the filing fee has already been paid.

- [ ] the motion is DENIED; the party is not entitled to proceed **in forma pauperis** for the listed reasons:
    _____
    _____
    _____

New Orleans, Louisiana this  July  day of  22nd , 2025 .

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**