**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANJELE AMACKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1491** |
| **NEW ORLEANS POLICE DEPARTMENT, ET AL.** | **SECTION: D (4)** |

## ORDER

**IT IS HEREBY ORDERED**, in accordance with Rule 73 of the Local Rules of this Court, that this cause be referred to the assigned United States Magistrate Judge for the Eastern District of Louisiana for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) regarding: (1) whether the Court has subject matter jurisdiction; and (2) whether the Complaint (R. Doc. 1) should be dismissed as "frivolous or malicious" pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, July 22, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**