U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Jul 23 2025

CAROL L. MICHEL
CLERK

cf   EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Anjele Amacker
**PLAINTIFF(S)**

VERSUS

New Orleans Police Department et al.
**DEFENDANT(S)**

CIVIL ACTION

No. 25-1491

SECTION: D

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

Anjele' Amacker
(NAME)

2012 N Dorgenois St
(STREET ADDRESS)

New Orleans    LA    70119
(CITY)         (STATE)   (ZIP CODE)

9794844417
(TELEPHONE NUMBER)

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20___

_____
(SIGNATURE)

Submitted by:

*Anjele Amacker*
(SIGNATURE)

7/23/2025
(DATE)

04/2004