UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANJELE AMACKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-1491** |
| **NEW ORLEANS POLICE DEPARTMENT, ET AL.** | **SECTION: D** |

## ORDER

The Court, having considered the Complaint (R. Doc. 1), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 6), and the failure of plaintiff, Anjele Amacker, to file any objections to the Magistrate Judge's Report and Recommendation, and further, considering Plaintiff's pro se status, having construed the pro se Complaint liberally, and further having given Plaintiff additional time to file objections beyond that given by the Magistrate Judge,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as modified as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against defendants, the New Orleans Police Department-Fifth District, Dannye B. Jones, and Brooks Grocery & Deli, LLC, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915e, § 1915A and, as applicable, 42 U.S.C. § 1997e, as frivolous and for failure to state a claim for which relief can be granted.

---

[1] Objections to the Report and Recommendation were due January 21, 2026. The Court has allowed almost an additional month for objections to date.

**IT IS FURTHER ORDERED** that Plaintiff's claim under the Violence Against Women Act, 34 U.S.C. § 12471, *et seq.* against defendants, the New Orleans Police Department-Fifth District, Dannye B. Jones, and Brooks Grocery & Deli, LLC, is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim upon which relief could be granted pursuant to 28 U.S.C. § 1915e, § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's claim under Section 504 of the Rehabilitation Act and the Americans With Disabilities Act against defendant, Dannye B. Jones, is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915e, §1915(A), and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's claim under Title VI of the Civil Rights Act, 42 U.S.C. § 2000(d), *et seq.* against defendant, Brooks Grocery & Deli, LLC, is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915e, §1915(A), and 42 U.S.C. § 1997e.

New Orleans, Louisiana, February 18, 2026.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**